JFM:ME
File No. 2003A88072

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| Plaintiff | : |
| v. | :    CRIMINAL  NO.  0200140-7 |
| MICHAEL WEINER | : |
| Defendant | : |

### PRAECIPE TO SATISFY JUDGMENT

**TO THE CLERK**
United States District Court
Eastern District of Pennsylvania

Please mark the above captioned judgment satisfied.

PATRICK L. MEEHAN
United States Attorney

_Joseph F. Minni_

JOSEPH F. MINNI
Assistant United States Attorney
PA ID No. 53241

Date:   3/11/08